1  WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
   KELLI M. KENNADAY (SBN 155153)
2  kkennaday@wilkefleury.com
   ANTHONY R. EATON (SBN 238070)
3  aeaton@wilkefleury.com
   400 Capitol Mall, Twenty-Second Floor
4  Sacramento, California 95814

5  Telephone:     (916) 441-2430
   Facsimile:     (916) 442-6664
6
   Attorneys for Defendant
7  WENDY'S OF THE PACIFIC, INC.

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| PAOLA LOPEZ (aka Danicsa Gonzalez), MARIA FLORES and KARLA OLMEDO, <br><br>Plaintiffs, <br><br>v. <br><br>WENDY'S OF THE PACIFIC, INC. and LUIS URENA, <br><br>Defendants. | Case No. 2:11-CV-03060-LKK-EFB <br><br>**STIPULATION AND ORDER RE DISMISSAL** <br><br>[Fed. R. Civ. Proc. 41(a)(1)(A)(ii)] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that this matter be, and hereby is, dismissed with prejudice, with all parties to bear their own fees and costs. The parties further stipulate that the Court will retain jurisdiction over the parties and this matter only for purposes of enforcing the terms of the parties' Settlement Agreement And General Release entered into between the parties as of May 7, 2013.

**IT IS SO STIPULATED.**

DATED:  May 16, 2013            WILKE, FLEURY, HOFFELT,
                                 GOULD & BIRNEY, LLP

                                 By:  ___/s/ Kelli M. Kennaday___
                                         KELLI M. KENNADAY
                                      Attorneys for Defendant
                                   WENDY'S OF THE PACIFIC, INC.

DATED: May 16, 2013                MALLISON & MARTINEZ

                                   By:  /s/ Stan Mallison
                                        STAN S. MAILLISON
                                        Attorneys for Plaintiffs
                                   PAOLA LOPEZ (aka Danicsa Gonzalez),
                                   MARIA FLORES and KARLA OLMEDO

DATED: May 16, 2013                THE LAW OFFICES OF PAUL L. GUMINA, P.C.

                                   By:  /s/ Paul Gumina
                                        PAUL L. GUMINA
                                        Attorneys for Defendant
                                        LUIS URENA

**IT IS SO ORDERED.**

DATED: May 16, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT